AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Finnegan, Sheila M. | District Court - Northern District of Illinois | 6/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

219 S. Dearborn Street
Room 2206
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 6/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 6/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 6/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. New England Life Ins. Variable Life - SF (MetLife Stock Index) | B | Int./Div. | | | Closed | 07/30/18 | L | E | |
| 2. Everbank Checking (now TIAA) | A | Interest | J | T | | | | | |
| 3. Everbank Money Mkt (now TIAA) | A | Interest | | | Closed | 12/19/18 | L | A | |
| 4. U.S. Employee Credit Union (Checking and Saving) | A | Interest | J | T | | | | | |
| 5. Inconix Brand | | None | J | T | | | | | |
| 6. Brokerage Account 1 (Fidelity) | | | | | | | | | |
| 7. -Fidelity Municipal Money Mkt | A | Interest | M | T | Sold (part) | 09/10/18 | K | | |
| 8. -Merck & Co | A | Dividend | J | T | | | | | |
| 9. -VEU (Vanguard Intl Equity Index Fd FTSE All World Ex US) | B | Int./Div. | L | T | | | | | |
| 10. -VTI (Vanguard Total Stk Mkt ETF) | D | Int./Div. | O | T | Buy (add'l) | 02/05/18 | K | | |
| 11. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 12. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 13. -VWITX (Vanguard Interm Term Tax Exempt Inv) | B | Int./Div. | L | | | | | | |
| 14. -FNSXX (Fid MMkt Institutional Class) | B | Interest | M | T | Buy | 08/13/18 | M | | |
| 15. | | | | | Buy (add'l) | 09/13/18 | K | | |
| 16. -VXUS (Vanguard Star FD Total Intl Stock Index Fd) | D | Int./Div. | N | T | | | | | |
| 17. -FSEVX (Spartan Extended Mkt Index Fid Adv Class) | A | Int./Div. | | | Merged (with line 18) | 11/02/18 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L - $50,001 - $100,000 | M -$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O -$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -FSMAX (Fid Extended Mkt Index Fund) | B | Int./Div. | K | T | | | | | |
| 19. -AGG (iShare Core U.S. Aggregate Bond ETF) | D | Int./Div. | N | T | Buy (add'l) | 01/02/18 | L | | |
| 20. | | | | | Buy (add'l) | 01/09/18 | K | | |
| 21. | | | | | Buy (add'l) | 02/01/18 | K | | |
| 22. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 23. -Arizona St. Transit Brd Hwy Rev. Bds Ser | A | Interest | K | T | | | | | |
| 24. -Collin Cnty Tex Ultd Tax Rd and Ref Bds | B | Interest | K | T | | | | | |
| 25. -Honolulu Hawaii City & Cnty Wastewtr Sys | A | Interest | K | T | | | | | |
| 26. -Elk Grove Village GO Bds Ser | A | Interest | K | T | | | | | |
| 27. -King Cnty Wash Swr Rev | B | Interest | | | Redeemed | 01/02/18 | K | | |
| 28. -Naperville ILL GO Ref BDS Ser | A | Interest | K | T | | | | | \ |
| 29. -Ohio State Infrastr Impt GO Rev | A | Interest | L | T | | | | | |
| 30. -Ohio St Univ Gen Rcpts | B | Interest | L | T | | | | | |
| 31. -Orange Cnty Fla Sales Tax Rev | B | Interest | L | T | | | | | |
| 32. -Redmond Wash Ref Bds Ser | A | Interest | K | T | | | | | |
| 33. -Temple Ariz GO Bds Ser | A | Interest | K | T | | | | | |
| 34. -Texas St Univ Sys Fing Rev | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 6/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Washington St Motor Vhcle Fuel Tax GO | A | Interest | | | Redeemed | 08/01/18 | K | A | |
| 36. -Winnebago Cnty Ill Go Alt Ref BDS | B | Interest | K | T | | | | | |
| 37. - | | | | | | | | | |
| 38. -Will Grundy Etc Cnty Ill Cmnty 06/01/2018 Colleg | B | Interest | | | Redeemed | 06/01/18 | K | A | |
| 39. Rollover IRA (Fid-868) | | | | | | | | | |
| 40. -VXUS (Vanguard Star FD Total Intl Stock Index Fd) | A | Dividend | | | Sold | 08/13/18 | J | B | |
| 41. -FDRXX (Fidelity Govt Cash Reserves) | A | Interest | J | T | | | | | |
| 42. Rollover IRA SF 2 (Fid Multiple Roth) | | | | | | | | | |
| 43. --TIP (Ishares Tips Bond ETF) | C | Dividend | M | T | | | | | |
| 44. -VXUS (Vanguard Star FD Total Intl Stock Index ETF) | A | Dividend | L | T | Buy (add'l) | 11/20/18 | J | | |
| 45. -AGG (Ishares Core US Aggregate Bond ETF) | B | Dividend | L | T | | | | | |
| 46. -VTI (Vanguard Total Stock Mkt ETF) | B | Dividend | N | T | Buy (add'l) | 11/20/18 | J | | |
| 47. IRA Rollover Acct KS (Fidelity) | | | | | | | | | |
| 48. -OPGSX (Oppenheimer Gold & Spec Minerals Cl A) | A | Dividend | J | T | | | | | |
| 49. -AGG (iShare Core US Aggregate Bond ETF) | A | Dividend | M | T | | | | | |
| 50. Roth IRA Accts KS (Fidelity) | | | | | | | | | |
| 51. -FDRXX (Fidelity Cash Reserves) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 6/15/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -SPHIX (Fidelity High Income) | A | Dividend | J | T | | | | | |
| 53. -AGG (Ishares Core U.S. Aggregate Bond ETF) | B | Dividend | L | T | | | | | |
| 54. Roth IRA SF 1 (Fidelity) | | | | | | | | | |
| 55. -FDRXSX (Fidelity cash reserves) | A | Dividend | J | T | | | | | |
| 56. -Abbvie, Inc. | A | Dividend | J | T | | | | | |
| 57. Health Savings Acct IRA | | | | | | | | | |
| 58. -VXUS (Vanguard Total Intl ETF) | B | Int./Div. | K | T | Buy (add'l) | 12/24/18 | J | | |
| 59. -VTI (Vanguard Total Stock Mkt ETF) | B | Int./Div. | L | T | | | | | |
| 60. -Federated Prime Cash Trust | A | Interest | J | T | | | | | |
| 61. College Invest Stable Value Plus (MetLife) 529 Plan for DS and now JS | A | Int./Div. | K | T | Distributed (part) | 07/26/18 | J | | |
| 62. | | | | | Distributed (part) | 09/11/18 | J | | |
| 63. | | | | | Distributed (part) | 12/26/18 | J | | |
| 64. Illinois Bright Start 529 for MS (Index Age3 Based 12-14 Yrs) | A | Int./Div. | K | T | | | | | |
| 65. Illinois Bright Start for MS (Index Equity) | A | Int./Div. | K | T | | | | | |
| 66. Fidelity 529 Plan MS (MA Portfolio 2015) | A | Int./Div. | J | T | | | | | |
| 67. College Invest Stable Value Plan (MetLife) 529 Plan for MS | B | Int./Div. | K | T | Distributed (part) | 01/02/18 | J | | |
| 68. | | | | | Distributed (part) | 07/20/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 6/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Distributed<br>(part) | 09/11/18 | J | | |
| 70. Brokerage Acct MS | | | | | | | | | |
| 71. -FTEXX (Fidelity Municipal Money Market) | A | Interest | J | T | | | | | |
| 72. -VTI (Vanguard Index Fds Total Stk Mkt ETF) | A | Dividend | J | T | | | | | |
| 73. Chase Bank Saving - MS | A | Interest | J | T | | | | | |
| 74. Roth IRA - MS (Vanguard) | | | | | | | | | |
| 75. -VTTSX (Vanguard Target Retirement 2060) | A | Int./Div. | J | T | Buy<br>(add'l) | 04/15/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 6/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 6/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheila M. Finnegan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544